IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONTAE D. ORDUNA, BRUCE J. DORTCH, and DELONTA MCKNIGHT,<br><br>Defendants. | 8:25CR58<br><br><br>ORDER |

This matter is before the Court on defendant Dontae D. Orduna's Unresisted Motion to Continue Trial and Pretrial Motion Deadline (Filing No. 110). A hearing was held on April 23, 2026. Peder Bartling appeared for the defendant. Patrick C. McGee appeared for the government. After discussion with counsel and defendant, the undersigned finds good cause for the requested continuance in order to allow for counsel to confer with the defendant regarding defendant's ability to pursue pretrial litigation and his right to proceed to trial. The government and counsel for co-defendants, Bruce J. Dortch and Delonta McKnight, have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [110] is granted, as follows:

1. The pretrial motion deadline is extended to May 26, 2026.

2. The jury trial, **for all defendants**, now set for May 4, 2026, is continued to August 10, 2026.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 10, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

4. No further continuances will be granted barring exceptional circumstances.

Dated this 23rd day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge